BENJAMIN TERNER, Appellant, v. EXCELSIOR BREWERY, INC., and Another, Defendants, and PULASKI HOLDING Co., INC., Respondent.— Order granting motion of defendant Pulaski Holding Co., Inc., to serve an amended answer upon payment of ten dollars costs affirmed, with ten dollars costs and disbursements.

The proposed amended answer may be served within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.